NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELIT CINTERION DEUTSCHLAND GMBH, fdba Thales DIS AIS Deutschland GmbH, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, fka Sierra Wireless, Inc.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1497, 2023-1498, 2023-1499

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00906.

-------------------------------------------------

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1500

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00906.

---

**ON MOTION**

---

**O R D E R**

TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., TCT Mobile (US) Holdings, Inc., and TCL Communication Technology Holdings Limited (collectively, "TCL/TCT") move unopposed to withdraw as parties to the above-captioned appeals. ECF No. 74.[1] TCL/TCT and 3G Licensing, S.A. also submit a joint stipulation of voluntary dismissal of TCL/TCT's Appeal No. 2023-1500 pursuant to Federal Rule of Appellate Procedure 42(b) with each side to bear its own costs. ECF No. 75.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion, ECF No. 74, is granted, and Appeal No. 2023-1500 is dismissed. The official caption for the

---

[1] The court notes that TCL/TCT also filed a motion to withdraw as parties to Appeal No. 2023-1557, which was docketed as ECF No. 76 in this case. The court understands ECF No. 76 to be filed in error and will take no action on it.

remaining appeals, Appeal Nos. 2023-1497 et al., is revised as reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2023-1500.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal Nos. 2023-1497 et al.

FOR THE COURT

August 13, 2024
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-1500 only):
August 13, 2024