NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,**
*Appellants*

**v.**

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1497, 2023-1498, 2023-1499

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00906.

---

**SUA SPONTE**

---

PER CURIAM.

# O R D E R

The above-captioned appeal was scheduled for oral argument on January 9, 2025. The court will now be closed

2    TELIT CINTERION DEUTSCHLAND GMBH v. 3G LICENSING, S.A.

on that day in observance of the National Day of Mourning for James "Jimmy" Earl Carter, Jr.

Accordingly,

IT IS ORDERED THAT:

(1) The oral argument is rescheduled for Tuesday, January 14, 2025, at 10:00 a.m. in Courtroom 201.

(2) Any party may advise the court by notice filed no later than January 2, 2025, that this new date poses a conflict. The nature of the conflict should be identified, and the party should propose alternative dates for when the case may be rescheduled.

(3) Any party may file an amended response to notice to oral argument to designate a replacement arguing counsel no later than January 2, 2025.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 31, 2024
Date