# United States Court of Appeals for the Federal Circuit

---

**TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1497, 2023-1498, 2023-1499

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00906.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

February 3, 2025
Date

Jarrett B. Perlow
Clerk of Court