# United States Court of Appeals for the Federal Circuit

_____

**TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

_____

2023-1497, 2023-1498, 2023-1499
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00906.

_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered February 3, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 12, 2025
Date

Jarrett B. Perlow
Clerk of Court